No. 04-02-00054-CV



Reginald O. COLLINS, Individually


and as Representative of the Estate of Cletis M. Collins,

Appellant



v.



Dr. David H. GORDON,


Appellee



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-09818


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: May 15, 2002


MOTION TO DISMISS GRANTED; DISMISSED


 Appellant filed a motion to dismiss this appeal. The motion contains a certificate of
service to the appellee, who has not opposed the motion. We grant the motion and dismiss 

the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of appeal are to be paid by appellant. 

 PER CURIAM

DO NOT PUBLISH